**No. 10-6652. Christopher Hayden, et ux., Petitioners v. Anthony E. D'Amico, et al.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2994.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1223, 131 S. Ct. 1470, 179 L. Ed. 2d 312, 2011 U.S. LEXIS 1443.